■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE SIMMONS, Appellant. [23 NYS3d 900]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision

and order of this Court dated March 13, 2012 (*People v Simmons*, 93 AD3d 739 [2012]), affirming a judgment of the Supreme Court, Westchester County, rendered October 16, 2009.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Balkin, Hall and Sgroi, JJ., concur.